PROB 12C
(6/16)

Report Date: January 13, 2021

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2021

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Danial J. Dublin | | Case Number: 0980 2:13CR00029-WFN-1 |
| Address of Offender: | | |
| Same of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | | |
| Date of Original Sentence: July 16, 2013 | | |
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentencing Judgment:<br>March 11, 2019 | Prison - 37 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: July 17, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: July 16, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

    1

**Standard Condition # 5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Dublin is alleged to have failed to reside at his approved address from December 18, 2020, through January 12, 2021.

On, July 19, 2019, supervised release conditions were reviewed and signed by Mr. Dublin, acknowledging his understanding of standard condition number 5, as noted above.

On December 18, 2020, Mr. Dublin was approved to move from Spokane, Washington, to Chelan, Washington, to live with his sister and her family. Mr. Dublin stated he will be moving his personal items to his sister's house and should move in soon. Mr. Dublin made a commitment to keep this officer informed of his progress with moving.

Prob12C
Re: Dublin, Danial J.
January 13, 2021
Page 2

On January 12, 2021, this officer spoke with Mr. Dublin's sister about Mr. Dublin. She reported Mr. Dublin has not relocated to her address in Chelan, Washington, and she is not sure where he is currently at. She last spoke with Mr. Dublin on January 6, 2021, and she would not allow Mr. Dublin to bring his girlfriend to reside at her residence. She did not anticipate Mr. Dublin would be coming to her residence after their telephone call on January 6, 2021. As of the writing of this report, Mr. Dublin has failed to reside at his approved residence and his whereabouts is unknown.

2   **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Dublin is alleged to have failed to report to the probation officer as directed on December 30, 2020, and January 6, 2021.

On, July 19, 2019, supervised release conditions were reviewed and signed by Mr. Dublin, acknowledging his understanding of standard condition number 2, as noted above.

On December 18, 2020, Mr. Dublin spoke with this officer after his supervised release was transferred to the probation office in Yakima, Washington. Mr. Dublin was directed to call this officer every week on Wednesday, starting on December 30, 2020. Mr. Dublin acknowledged the reporting instructions and made a commitment to call as directed on Wednesdays to check in.

Mr. Dublin failed to call this officer as directed on December 30, 2020, and January 6, 2021. This officer attempted to contact Mr. Dublin via telephone, but calls have gone unanswered and not returned. Mr. Dublin's current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 13, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Dublin, Danial J.
January 13, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*signature*

Signature of Judicial Officer

1/13/2021

Date