PROB 12C
(6/16)

Report Date:  March 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Danial J. Dublin                    Case Number: 0980 2:13CR00029-WFN-1

Address of Offender:                    th

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 16, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentencing Judgment:<br>(March 11, 2019) | Prison: - 37 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: July 17, 2019 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: July 16, 2022 |

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Dublin violated the terms of his supervised release by using methamphetamine on or about February 13, 2021.

On July 19, 2019, a probation officer reviewed the conditions of supervision with Mr. Dublin  He signed his judgment acknowledging an understanding of his conditions of supervision.

On February 18, 2021, Mr. Dublin submitted to urinalysis testing at Pioneer Human Services (PHS).  The urine sample was presumptive positive for methamphetamine.  Mr. Dublin signed an admission form admitting to the use of methamphetamine "about a week ago."  When confronted by this officer, Mr. Dublin admitted to using methamphetamine on or about February 13, 2021.

Prob12C
**Re: Dublin, Danial J.**
**March 5, 2021**
**Page 2**

2          <u>**Special Condition # 5**</u>: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: It is alleged Mr. Dublin violated the terms of his supervised release by using methamphetamine on or about February 24, 2021.

On July 19, 2019, a probation officer reviewed the conditions of supervision with Mr. Dublin  He signed his judgment acknowledging an understanding of his conditions of supervision.

On February 24, 2021, Mr. Dublin submitted to urinalysis testing at PHS.  The urine sample was presumptive positive for methamphetamine.   Mr. Dublin denied the use of methamphetamine, however, on that same day, Mr. Dublin participated in a drug and alcohol evaluation at PHS and he told the provider his last use of methamphetamine was February 20, 2021.

3          <u>**Special condition #4:**</u> You must undergo a substance abuse evaluation and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. Yo must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.

<u>**Supporting Evidence**</u>: It is alleged Mr. Dublin violated the terms of his supervised release by failing to attend his admit appointment to begin intensive outpatient treatment at PHS on March 4, 2021.

On July 19, 2019, a probation officer reviewed the conditions of supervision with Mr. Dublin  He signed his judgment acknowledging an understanding of his conditions of supervision.

On February 24, 2021, Mr. Dublin completed a chemical dependency assessment at PHS. It was recommended he participate in intensive outpatient treatment. On March 2, 2021, this officer assisted Mr. Dublin to schedule his admit appointment with PHS on March 4, 2021. This officer also sent him a text message with his date and time so he would not forget.

On March 4, 2021, PHS informed the undersigned that Mr. Dublin failed to call in for his admit appointment, as scheduled.  When Mr. Dublin was confronted he stated he slept in until 12 p.m. and missed his appointment which was scheduled for 11 a.m.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Dublin, Danial J.**
**March 5, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/05/2021
_____

s/Corey M. McCain
_____

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

    3/8/2021
_____
Date